1002

[No. 39241-1-II.   Division Two.   July 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. STONE PHILLIPS III, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-01695-5, Lisa R. Worswick, J., entered May 8, 2009. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 40112-6-II.   Division Two.   July 20, 2010.]

CORNELL HOHENSEE, *Appellant*, v. CLALLAM COUNTY COMMISSIONERS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 07-2-00644-6, Kenneth D. Williams, J., entered November 13, 2009. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 28163-9-III.   Division Three.   July 22, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID MICHAEL JONKER, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00387-5, Bruce A. Spanner, J., entered May 14, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 60336-1-I.   Division One.   July 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. HUAN C. HUYNH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06210-6, Joan E. DuBuque, J., entered June 22, 2007. *Reversed* and *remanded* by unpublished per curiam opinion.